UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

EDWARD J. YOUNGLOOD,

        Plaintiff,

v.

MILWAUKEE COUNTY JAIL, e*t al.*,

        Defendants.

Case No. 17-cv-564-pp

---

**ORDER DISMISSING CASE FOR FAILURE TO PAY THE INITIAL PARTIAL FILING FEE**

---

On May 18, 2017, the court ordered the plaintiff to pay an initial partial filing fee of $31.30 by the end of the day on June 9, 2017. Dkt. No. 5. The court did not receive the fee by that deadline. On June 22, 2017, the court issued an order to show cause, requiring the plaintiff to pay the fee by August 4, 2017 or show cause why he could not do so. Dkt. No. 6. In that order, the court told the plaintiff that if he did not pay the fee or explain why he'd not done so by the end of the day on August 4, 2017, the court would dismiss the case for failure to prosecute.

As of today's date—August 11, 2017—the court has not received either the filing fee or the plaintiff's explanation of why he has not paid it.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**

1

for failure to prosecute—specifically, for failure to pay the initial partial filing fee required by the Prison Litigation Reform Act.

Dated in Milwaukee, Wisconsin this 11th day of August, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**